UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANGEL RAFAEL ALVARADO DAZA,

Petitioner,

v. Case No. 3:26-cv-988-MMH-PDB

WARDEN, BAKER CORRECTIONAL INSTITUTION and U.S. ATTORNEY GENERAL,

Respondents.

---

**ORDER**

Petitioner Angel Rafael Alvarado Daza, an immigration detainee, initiated this action by filing through counsel a Petition for Writ of Habeas Corpus (Doc. 1). The crux of Alvarado Daza's Petition is that he is not subject to mandatory detention and is entitled to an individualized custody determination. See Doc. 1 at 6. As relief, he asks the Court to direct his immediate release. Id. at 7.

When Alvarado Daza filed the Petition, he did not have a final order of removal and, therefore, was detained pursuant to 8 U.S.C. § 1226. See Doc. 1 at 2, 7. However, circumstances have changed. On July 14, 2026, an immigration judge granted Alvarado Daza's application for post-conclusion voluntary departure. Doc. 7-4 at 4. Pursuant to the terms of the agreement,

Alvarado Daza must depart the United States by September 14, 2026, and he must post bond within five business days of the order. Id. "Failure to post the bond as required or to depart by the required day will result in an alternate order of removal to taking effect immediately." Id.; see also 8 C.F.R. § 1241.1(f).

Alvarado Daza did not pursue an appeal of the immigration judge's order. See Doc. 9 at 1. And, it appears that Alvarado Daza did not post bond and voluntarily depart because he remains in the custody of the United States Immigration and Customs Enforcement (ICE). See Online Detainee Locator System, ICE, available at https://locator.ice.gov/odls/#/search (last visited Sept. 29, 2026). Therefore, the alternate order of removal has taken effect and Alvarado Daza is now subject to mandatory detention under 8 U.S.C. § 1231. As such, any claims regarding his pre-final-order-of-removal detention are moot.

Accordingly, it is **ORDERED**:

1. Alvarado Daza's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED as moot**.

2. The **Clerk** is directed to terminate any motions, enter judgment dismissing the Petition as moot, and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 29th day of September, 2026.

Marcia Morales Howard
MARCIA MORALES HOWARD
United States District Judge

Jax-9 9/29
c:
Counsel of record